July 24, 2023                                    Case# 23-3102

To whom it may concern:

This letter serves as my official change of address to be filed with the court. My new address is:

24248 Main St
Plainfield, Ill 60544


Signed,

Albert Banks

*[signature]*

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2023 JUL 31 AM 10: 22

