UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| ANTHONY THOMPSON,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>GLEN F. VIRDEN, Senior Special Agent, KS Bureau of Investigation, in his individual capacity, et al.,<br><br>   Defendants-Appellees. | Case No. 23-3103 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

  In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Glen F. Virden, Senior Special Agent, Kansas Bureau of Investigation, in his individual capacity, in the above-captioned case.

Matthew L. Shoger, KS No. 28151
<u>Assistant Attorney General</u>
Name of Counsel

<u>/s/ Matthew L. Shoger</u>
Signature of Counsel

120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
<u>785-296-2215</u>
Mailing Address and Telephone Number

<u>matt.shoger@ag.ks.gov</u>
Email Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

August 17, 2023
Date

*/s/ Matthew L. Shoger*
Signature

## CERTIFICATE OF SERVICE

I hereby certify that, on August 17, 2023, I sent a copy of this Entry of Appearance by means of first-class mail, postage prepaid, addressed to Plaintiff's last known address at:

Albert Dewayne Banks
750 Shannon Drive
Romeoville, IL 60446
*Plaintiff, pro se*

08/17/2023
Date

*/s/ Matthew L. Shoger*
Signature