FILED
United States Court of Appeals
Tenth Circuit

September 7, 2023

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————————

ALBERT DEWAYNE BANKS,

    Plaintiff - Appellant,

v.

STEVEN L. OPAT, Former Geary County District Attorney in his individual capacity, et al.,

    Defendants - Appellees,

and

SPRINT/NEXTEL WIRELESS TELEPHONE COMPANY, et al.,

    Defendants.

No. 23-3102
(D.C. No. 5:15-CV-03093-HLT)
(D. Kan.)

———————————————————

**ORDER**

———————————————————

    This matter is before the court on Appellee Glen F. Virden's motion for extension of time to file the response brief in this appeal. The motion is granted. The response brief shall be filed and served on or before October 13, 2023. No further extensions will be granted on the Clerk's authority.

                        Entered for the Court

                        CHRISTOPHER M. WOLPERT, Clerk