UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 13, 2023

Mr. Michael K. Seck
Fisher, Patterson, Sayler & Smith
Corporate Woods, Building 51
9393 West 110th Street, Suite 300
Overland Park, KS 66210

**RE:** **23-3102, Banks v. Sprint/Nextel Wireless Telephone Company, et al**
Dist/Ag docket: 5:15-CV-03093-HLT

Dear Counsel:

Appellee Timothy Brown's brief is deficient because:

There are no copies of pertinent written findings, conclusions, opinions or orders, nor transcripts of oral findings, conclusions, opinions or orders attached to the brief. Appellee must attach the order(s) appealed to the response brief is appellant fails to do so. *See* 10th Cir. R. 28.2(B) and 10th Cir. R. 30.1(F). The attachment(s) to the brief must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

There is no certificate of counsel stating the need for separate briefs. *See* 10th Cir. R. 31.3(B).

You must file a corrected brief within three days of the date of this letter. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The corrected brief must have an updated certificate of service.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Albert Dewayne Banks
        Jay E. Heidrick
        Shon D. Qualseth
        Matthew Shoger
        Eric V. Turner

CMW/sls