UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 16, 2023

Mr. Eric V. Turner
Foulston Siefkin
7500 College Boulevard, Suite 1400
Overland Park, KS 66210

**RE:      23-3102, Banks v. Sprint/Nextel Wireless Telephone Company, et al**
Dist/Ag docket: 5:15-CV-03093-HLT

Dear Counsel:

Appellee's brief is deficient because:

There is no certificate of counsel stating the need for separate briefs. *See* 10th Cir. R. 31.3(B).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Albert Dewayne Banks
       Jay E. Heidrick
       Shon D. Qualseth
       Michael K. Seck
       Matthew Shoger

CMW/at