FILED
United States Court of Appeals
Tenth Circuit

July 17, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ALBERT DEWAYNE BANKS,

    Plaintiff - Appellant,

v.

STEVEN L. OPAT, Former Geary County District Attorney in his individual capacity, et al.,

    Defendants - Appellees.

No. 23-3102
(D.C. No. 5:15-CV-03093-HLT)
(D. Kan.)

_____

**ORDER**
_____

Before **BACHARACH**, **BALDOCK**, and **MORITZ**, Circuit Judges.
_____

    Appellant's petition for rehearing is denied.

    The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk