UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 17, 2024

Mr. Albert Dewayne Banks
24248 Main Street
Plainfield, IL 60544
# 23203-031

**RE:** 23-3102, Banks v. Opat, et al
Dist/Ag docket: 5:15-CV-03093-HLT

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Shon D. Qualseth
Michael K. Seck
Matthew Shoger
Eric V. Turner

CMW/at